| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | ASCENSION LAW GROUP<br>PAMELA TSAO( 266734)<br>17802 Irvine Blvd<br>Suite A117<br>Tustin, CA 92780<br>PH: 714.783.4220<br>FAX: 888.505.1033<br>Pamela.Tsao@ascensionlawgroup.com<br><br>Attorneys for Plaintiff NGOC LAM CHE |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NGOC LAM CHE, an individual | ) | Case No.: 5:17-cv-06295-SVK |
| Plaintiff, | ) ) | **[PROPOSED] ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (As Modified)** |
| vs. | ) ) ) | |
| HARMAN-MANAGEMENT CORPORATION, a corporation; ANTHONY H. EREDIA, an individual and as Trustee of the ANTHONY H EREDIA FAMILY TRUST; | ) ) ) ) | [Hon. Susan Van Keulen presiding] |
| Defendants. | ) | |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the Defendant shall be dismissed with prejudice in the above-captioned action. Each party shall bear his or its own costs and attorney's fees. ~~This Court shall retain jurisdiction to enforce the settlement terms between the parties.~~

IT IS SO ORDERED

Dated: October 24, 2019

_____
The Honorable Susan van Keulen
United States Magistrate Judge

[~~PROPOSED~~] ORDER (As Modified)
5:17-CV-06295-SVK